# AFFIDAVIT

I, John Wallace Bowden, being duly sworn, hereby depose and say:

## INTRODUCTION

I am a Postal Inspector with the United States Postal Inspection Service. I am currently assigned to the U.S. Postal Inspection Service Office in Knoxville, Tennessee. I have twenty-two years of experience and training investigating federal laws with a nexus to the United States Postal Service and am currently participating in investigations relating to the transportation of controlled substances through the United States Postal Service. From my training and experience, I am aware that the United States Postal Service is used to transport controlled substances. This affidavit is based on my personal knowledge and information related to me by other law enforcement officers and United States Postal Service employees, but does not contain all the facts known to me concerning this matter.

On January 19, 2017, a U. S. Postal Service supervisor at the United States Post Office, Cedar Bluff Station, Knoxville, Tennessee, contacted the office of Postal Inspector about a package. The Postal supervisor stated an odor of marijuana was coming from the package.

On January 19, 2017, your affiant found the package at the Cedar Bluff Post Office and observed the following about the package:

    Type of Mail:                  Express

    Tracking identifier:        EL090390602US

    Addressed To:                Shannon Morgan
                                         210 Dublin Dr
                                         Knoxville, TN 37923

| | |
|---|---|
| Return Address: | (No Name)<br>40380 Carmelita Circle<br>Temecula, CA 92591 |
| Postage Paid: | $106.40 |

A search of a U. S. Postal Service data base determined the return address on this package was a deliverable address; however, no name was declared at this return address on the package. It has been your affiant's experience that individuals who use the U. S. mail system to ship contraband omit identifying information in an attempt to avoid detection from law enforcement. It has also been your affiant's experience that the state of California has been a source for mailing controlled substances into East Tennessee.

On January 19, 2017, express mail package EL090390602US was placed with four similar sized packages by your affiant at the office of Postal Inspector, Knoxville, Tennessee. Knoxville, Tennessee, Police Officer Brian Mullane and his narcotics detector canine, Milan, conducted an exterior inspection of the package.

According to Officer Mullane, Milan alerted on express mail package number EL090390602US, indicating the package contained the scent of controlled substances. Your affiant was present when the aforementioned packages were presented to drug detection canine Milan. Your affiant has been advised of the qualifications of the canine handler and his narcotics detector canine, which is more fully described in Attachment One, which is attached hereto and incorporated in this affidavit by reference herein.

This express mail package has been maintained unopened in your affiant's custody pending application for a search warrant.

## CONCLUSION

Based on the aforementioned facts, your affiant believes that express mail package number EL090390602US contains evidence of a violation of Title 21, United States Code, Section 841(a)(1), relating to the possession/use of controlled substances, and Section 843(b), relating to using or attempting to use the United States mail to distribute controlled substances. It is further your affiant's belief that this evidence will be in the form of, but not limited to: contraband, fruits of the crime, controlled substances, documents, notes, records, and/or currency related to illegal drug trafficking. It is further your affiant's belief that the evidence in the parcel could identify the persons involved in using the United States mails to transport and distribute the controlled substances expected to be found in the package.

FURTHER AFFIANT SAITH NOT.

_John Wallace Bowden_
John Wallace Bowden
United States Postal Inspector

Sworn to and subscribed before me this the
19th day of January, 2017, at Knoxville, Tennessee.

_Bruce Guyton_
H. Bruce Guyton
United States Magistrate Judge

## ATTACHMENT ONE

Milan is a male Belgian Malinois canine who is approximately three years old. Milan was trained at the Knoxville Police Department located in Knoxville, Tennessee, where he was certified as a Narcotics Drug canine. Milan was certified reliable by the following organization: International Police Working Dog Association in April 2016. Milan has been working as a narcotics canine with Officer Brian Mullane for the past nine months. Officer Mullane has been a narcotics K-9 handler since 2008. Officer Mullane declares Milan has been reliable in finding controlled substances in training and in applied law enforcement investigations.